February 19, 2010

Mr. Thomas C. Wright
Wright Brown & Close, LLP
Three Riverway, Suite 600
Houston, TX 77056
Mr. Russell S. Post
Beck Redden & Secrest, L.L.P.
1221 McKinney, Suite 4500
Houston, TX 77010-2010

RE: Case Number: 09-0807
 Court of Appeals Number: 11-07-00318-CV
 Trial Court Number: 7813-D

Style: RENTECH STEEL, L.L.C.
 v.
 PRESTON TEEL, LESA CROSSWHITE AND JENNINGS TEEL

Dear Counsel:

 Today the Supreme Court of Texas granted the Joint Motion to Abate and
issued the enclosed abatement order in the above-referenced cause.
 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk

Enclosure
|cc:|Ms. Sherry |
| |Williamson |
| |Ms. Patricia |
| |Henderson |